Affirmed and Memorandum Opinion filed February 26, 2004









Affirmed and Memorandum Opinion filed February 26,
2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-02-01169-CR

____________

 

PATRICK VARNESS TILLMAN,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 209th District
Court

Harris County, Texas

Trial Court Cause No.
787,363

 



 

M E M O R A N D U M   O P I N I O N

After a jury trial, appellant was convicted of the offense of
aggravated robbery.  On October 14, 2002,
he was sentenced to confinement for ten years in the Institutional Division of
the Texas Department of Criminal Justice.

On May 15, 2003, this court ordered a hearing to determine
why appellant=s counsel had not filed a brief in
this appeal.  On June 5, 2003, the trial
court conducted the hearing, and a record of the hearing was filed in this
court on June 9, 2003.








The trial court found appellant no longer desires to
prosecute his appeal.  On the basis of
that finding, this court has considered the appeal without briefs.  See Tex. R. App. P. 38.8(b).  The case is before us without a reporter=s record or bill of exception.  We find no fundamental error.

Accordingly, the judgment of the trial court is affirmed.

 

PER CURIAM

 

Judgment rendered
and Memorandum Opinion filed February 26, 2004.

Panel consists of
Justices Fowler, Edelman, and Seymore.

Do Not Publish C Tex. R. App. P. 47.2(b).